**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number *(if known)* ________________ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Westbrook PB LLC** | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA The Picklr** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **99-3398930** | |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**17 Main St.**<br>**Westbrook, ME 04092**<br>Number, Street, City, State & ZIP Code<br><br>**Cumberland**<br>County | **Mailing address, if different from principal place of business**<br><br>**P.O. Box 110098**<br>**Bradenton, FL 34211**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

Debtor **Westbrook PB LLC** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

Debtor **Westbrook PB LLC** Case number (*if known*)
Name

List all cases. If more than 1, attach a separate list

Debtor **See attachment** Relationship

District When Case number, if known

**11. Why is the case filed in *this district?***

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Westbrook PB LLC** Case number (*if known*) ____________
Name

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/23/2026
MM / DD / YYYY

X [signature]
Signature of authorized representative of debtor

**James Maguire**
Printed name

Title **Manager**

**18. Signature of attorney**

X /s/ Daniel R. Fogarty
Signature of attorney for debtor

Date 9.23.2026
MM / DD / YYYY

**Daniel R. Fogarty**
Printed name

**Stichter, Riedel, Blain & Postler, P.A.**
Firm name

**110 E. Madison St.**
**Suite 200**
**Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone **(813) 229-0144** Email address **dfogarty@srbp.com**

**0017532 FL**
Bar number and State

In re **Westbrook PB LLC** Case No. ______
Debtor(s)

## FORM 1. VOLUNTARY PETITION

### Pending Bankruptcy Case by an Affiliate, etc.

| Debtor Name | Relationship | Date Filed | District |
|---|---|---|---|
| 3 Strand Holdings LLC | Affiliate | 9.24.2026 | Middle District of Florida, Tampa Division |
| Pleasant Valley and Milk St MA LLC | Affiliate | 9.24.2026 | Middle District of Florida, Tampa Division |
| Daniel Webster and Silver Dr LLC | Affiliate | 9.24.2026 | Middle District of Florida, Tampa Division |
| Amherst and Cellu Dr LLC | Affiliate | 9.24.2026 | Middle District of Florida, Tampa Division |
| 69 Central St LLC | Affiliate | 9.24.2026 | Middle District of Florida, Tampa Division |
| Rock Row and Brighton Ave LLC | Affiliate | 9.24.2026 | Middle District of Florida, Tampa Division |
| Fort Eddy Ed Rd LLC | Affiliate | 9.24.2026 | Middle District of Florida, Tampa Division |
| JJC Pickleball Holdings LLC | Affiliate | 9.24.2026 | Middle District of Florida, Tampa Division |
| Westbrook PB LLC | Affiliate | 9.24.2026 | Middle District of Florida, Tampa Division |
| Newark PB LLC | Affiliate | 9.24.2026 | Middle District of Florida, Tampa Division |
| Exton PB LLC | Affiliate | 9.24.2026 | Middle District of Florida, Tampa Division |
| Danvers PB LLC | Affiliate | 9.24.2026 | Middle District of Florida, Tampa Division |
| Burlington PB LLC | Affiliate | 9.24.2026 | Middle District of Florida, Tampa Division |

3 Strand Holdings LLC
P.O. Box 110098
Bradenton, FL 34211

69 Central St LLC
P.O. Box 110098
Bradenton, FL 34211

Amherst and Cellu Dr LLC
P.O. Box 110098
Bradenton, FL 34211

Burlington PB LLC
P.O. Box 110098
Bradenton, FL 34211

Chase Lockard
120 Country Roads Dr.
Bear, DE 19701

Daniel Webster and Silver Dr LLC
P.O. Box 110098
Bradenton, FL 34211

Danvers PB LLC
P.O. Box 110098
Bradenton, FL 34211

Exton PB LLC
P.O. Box 110098
Bradenton, FL 34211

Fort Eddy Ed Rd LLC
P.O. Box 110098
Bradenton, FL 34211

James Maguire
P.O. Box 110098
Bradenton, FL 34211

Jeff Maguire
P.O. Box 110098
Bradenton, FL 34211

JJC Pickleball Holdings LLC
P.O. Box 110098
Bradenton, FL 34211

Maine Revenue Services
P.O. Box 1060

Augusta, ME 04332-1060

Newark PB LLC
P.O. Box 110098
Bradenton, FL 34211

Picklr Franchise, Inc.
559 S. Deseret Dr.
Kaysville, UT 84037

Pleasant Valley and Milk St MA LLC
P.O. Box 110098
Bradenton, FL 34211

Rock Row and Brighton Ave LLC
P.O. Box 110098
Bradenton, FL 34211

Shaw's Supermarkets, Inc.
c/o Albertsons Companies, Inc.
250 E. Parkcenter Blvd.
Boise, ID 83706

Trish MacAskill, Esq.
Akerman LLP
1900 Sixteenth St., #950
Denver, CO 80202

W/S Westbrook Associates LLC
c/o WS Asset Management, Inc.
33 Boylston St., #3000
Chestnut Hill, MA 02467