ORDERED.

**Dated: September 24, 2026**

Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Westbrook PB LLC,
*dba* The Picklr

Debtor.

Case No. 8:26-bk-08636-RCT
Chapter 11

______________________________________/

**ORDER GRANTING DEBTOR'S**
**EXPEDITED MOTION FOR JOINT ADMINISTRATION**

THIS CASE came on for consideration, without a hearing, upon Debtor's *Expedited Motion for Order Directing Joint Administration of Chapter 11 Cases Pursuant to Bankruptcy Rule 1015(b)* (Doc. 4) (the "Motion"). The Court has reviewed the Motion, together with the record in each case for which joint administration is sought, and being fully advised in the premises, finds it appropriate to grant the Motion and direct joint administration of the cases. Accordingly, it is

**ORDERED:**

1. The Motion (Doc. 4) is **GRANTED**. The following cases shall be jointly administered and are consolidated for procedural purposes only:

*In re 3 Strand Holdings LLC*, Case No. 8:26-bk-08621-RCT
*In re 69 Central St LLC*, Case No. 8:26-bk-08622-RCT
*In re Amherst and Cellu Dr LLC*, Case No. 8:26-bk-08624-RCT
*In re Daniel Webster and Silver Dr LLC*, Case No. 8:26-bk-08625-RCT
*In re Fort Eddy Rd LLC*, Case No. 8:26-bk-08626-RCT
*In re Pleasant Valley and Milk St MA LLC*, Case No. 8:26-bk-08627-RCT

*In re Rock Row and Brighton Ave LLC*, Case No. 8:26-bk-08628-RCT
*In re JJC Pickleball Holdings LLC*, Case No. 8:26-bk-08629-RCT
*In re Burlington PB LLC*, Case No. 8:26-bk-08630-RCT
*In re Danvers PB LLC*, Case No. 8:26-bk-08633-RCT
*In re Exton PB LLC*, Case No. 8:26-bk-08634-RCT
*In re Newark PB LLC*, Case No. 8:26-bk-08635-RCT
*In re Westbrook PB LLC*, Case No. 8:26-bk-08636-RCT

(the "Cases").

*In re 3 Strand Holdings LLC*, Case No. 8:26-bk-08621-RCT, is designated as the "Lead Case."

2. The Clerk shall maintain a single case docket using the Lead Case number. Hearings in the Cases shall be joint hearings unless otherwise specified.

3. The Clerk shall maintain separate ballot files and claims registers for each case.

4. Except as set forth below, all papers, including but not limited to motions, applications, objections, notices, monthly operating reports, and orders, filed in the Cases shall be filed in the Lead Case only and shall bear the joint administration caption as follows:

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| 3 Strand Holdings LLC, | Case No. 8:26-bk-08621-RCT |
| 69 Central St LLC, | Case No. 8:26-bk-08622-RCT |
| Amherst and Cellu Dr LLC, | Case No. 8:26-bk-08624-RCT |
| Daniel Webster and Silver Dr LLC, | Case No. 8:26-bk-08625-RCT |
| Fort Eddy Rd LLC, | Case No. 8:26-bk-08626-RCT |
| Pleasant Valley and Milk St MA LLC, | Case No. 8:26-bk-08627-RCT |
| Rock Row and Brighton Ave LLC, | Case No. 8:26-bk-08628-RCT |
| JJC Pickleball Holdings LLC, | Case No. 8:26-bk-08629-RCT |
| Burlington PB LLC, | Case No. 8:26-bk-08630-RCT |
| Danvers PB LLC, | Case No. 8:26-bk-08633-RCT |
| Exton PB LLC, | Case No. 8:26-bk-08634-RCT |
| Newark PB LLC, | Case No. 8:26-bk-08635-RCT |
| Westbrook PB LLC, | Case No. 8:26-bk-08636-RCT |
| | *Jointly Administered under* |
| Debtors. | Case No. 8:26-bk-04742-RCT |

______________________________________/

5. The following papers shall be filed in the separate cases:

(a) the lists of creditors pursuant to Rule 1007(d) of the Federal Rules of Bankruptcy Procedure;

(b) schedules and statements of financial affairs (and any amendments thereto);

(c) claims and notices of transfers of claims (however, objections to claims shall be filed in the Lead Case only and shall specify, as provided in paragraph 8 below, the jointly administered Debtor or Debtors to which the objection applies);[1]

(d) ballots (if separate plans are filed); and

(e) motions for final decree.

6. The Clerk of the Court is hereby directed to docket a notice in each case advising all CM/ECF filers and PACER users that all future filings shall be filed and docketed under the Lead Case only (*In re Englewood Car Wash Inc.*, Case No. 8:26-bk-04741-RCT).

7. Each of the jointly administered Debtors shall file separate monthly operating reports to be docketed in the Lead Case.

8. In instances where the relief requested in a filing pertains to a specific Debtor or Debtors, the jointly administered caption shall be modified to indicate a specific Debtor or Debtors to which the filing applies. The title as well as the first paragraph of the paper shall indicate the specific Debtor or Debtors to which it applies. The caption shall bear the following form:

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

| | |
|---|---|
| | Chapter 11 |
| 3 Strand Holdings LLC, | Case No. 8:26-bk-08621-RCT |
| 69 Central St LLC, | Case No. 8:26-bk-08622-RCT |
| Amherst and Cellu Dr LLC, | Case No. 8:26-bk-08624-RCT |
| Daniel Webster and Silver Dr LLC, | Case No. 8:26-bk-08625-RCT |

[1] Filed claims shall indicate only the applicable Debtor's name and the case number in which the claim is asserted.

| | |
|---|---|
| Fort Eddy Rd LLC, | Case No. 8:26-bk-08626-RCT |
| Pleasant Valley and Milk St MA LLC, | Case No. 8:26-bk-08627-RCT |
| Rock Row and Brighton Ave LLC, | Case No. 8:26-bk-08628-RCT |
| JJC Pickleball Holdings LLC, | Case No. 8:26-bk-08629-RCT |
| Burlington PB LLC, | Case No. 8:26-bk-08630-RCT |
| Danvers PB LLC, | Case No. 8:26-bk-08633-RCT |
| Exton PB LLC, | Case No. 8:26-bk-08634-RCT |
| Newark PB LLC, | Case No. 8:26-bk-08635-RCT |
| Westbrook PB LLC, | Case No. 8:26-bk-08636-RCT |
| Debtors. | *Jointly Administered under* Case No. 8:26-bk-04742-RCT |

____________________________________/

[Name of Specific Debtor(s)] [Specific case number(s)]

Applicable Debtor(s).

____________________________________/

9. The debtors-in-possession, or if applicable, trustee(s), will not commingle assets or liabilities unless and until it is determined, after notice and hearing, that the Cases involve the same debtor or that another ground exists to order substantive consolidation of the Cases.

10. As creditors are added to the matrices of the jointly administered debtors, counsel for the Debtors is directed to serve this Order on all added creditors and file proof of such service in the Lead Case.

11. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Cases, and this Order is entered without prejudice to the rights of the jointly administered Debtors to seek, at a later time, entry of an order substantively consolidating their respective cases.

12. The Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Attorney Daniel R. Fogarty is directed to serve a copy of this order on interested parties who do not receive service via the Court's CM/ECF system and file proof of service within three (3) days of entry of this order.